ELIZA GEISEL, RESPONDENT, v. THE REGINA COMPANY, APPELLANT.

Submitted December 5, 1921—Decided February 9, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 31.

For the respondent, *Kalisch & Kalisch.*

For the appellant, *Randolph Perkins.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BERGEN, BLACK, KATZENBACH, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ.   11.

*For reversal*—None.